SKC

**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert F. Lindley, Jr., | No.   CV 18-01860-PHX-DGC (JFM) |
| Plaintiff, | |
| v. | **ORDER** |
| Corizon Health, et al., | |
| Defendants. | |

Pending before the Court in this pro se civil rights action is Defendants Corizon Health ("Corizon") and Doctors Elijah and Ladele's "Motion to File Reply to Motion for Summary Judgment" (Doc. 133), wherein Defendants seek leave to file a late reply to Plaintiff's Response to their Motion for Summary Judgment.  The Court has already granted in part and denied in part Defendants' Motion for Summary Judgment.  *See* Doc. 135).

Because the Docket reflects that Defendants filed their Motion to File Reply before the Court's Order ruling on the Motion for Summary Judgment was docketed, the Court will nonetheless consider Defendants' lodged proposed Reply to determine if reconsideration of the Court's summary judgment Order is warranted.  In that Order, the Court granted summary judgement to Defendants Elijah and Ladele and dismissed these Defendants with prejudice.  (Doc. 135.)  Because Defendants' proposed Reply will not change this ruling, the Court need only determine whether the proposed Reply calls for reconsideration of its denial of summary judgment to Corizon.

In its summary judgment Order, the Court found that Defendants failed to discuss key allegations against Corizon in the Complaint − in particular, Corizon's repeated denials of its medical providers' requests for Plaintiff to receive an MRI − and that questions of fact prevented the Court from finding that Corizon was entitled to summary judgment. (*See* Doc. 135 at 16−19.) Defendants proposed Reply does not change this conclusion. As they did in their Motion for Summary Judgment, Defendants argue only in summary fashion that MRIs were not medically necessary to address Plaintiff's serious medical needs and continued monitoring of Plaintiff's complaints as an alternative treatment plan (ATP) was appropriate. (Doc. 134 at 4−5.) Defendants again fail to address the contrary findings of Plaintiff's medical providers, and do not identify any evidence showing the qualifications of the individuals who denied the MRI requests or showing that their ATPs, in some cases calling for alternate tests or medications, were followed. Questions of fact remain on whether Plaintiff suffered a constitutional violation due to deliberately indifferent policies and practices of Corizon, and Defendants' arguments in their late Reply do not call for the Court to reconsider this finding.

**IT IS ORDERED** that the reference to the Magistrate Judge is **withdrawn** as to Defendants' "Motion to File Reply to Motion for Summary Judgment" (Doc. 133), and the Motion is **denied** as moot.

Dated this 29th day of April, 2020.

_____
David G. Campbell
Senior United States District Judge