**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert F. Lindley, Jr., | No. CV-18-01860-PHX-DGC (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| Corizon Health, | |
| Defendant. | |

    Plaintiff Robert Lindley brought this prisoner civil rights action pursuant to 42 U.S.C. § 1983.  Doc. 1.  On June 30, 2020, the parties reached a binding settlement agreement at a conference held by Judge Metcalf.  Doc. 144.  Plaintiff has received the settlement payment, and the parties have filed a stipulation to dismiss this action with prejudice.  Docs. 153, 154.  Plaintiff's motions for sanctions based on a lack of payment are therefore moot.  Docs. 149, 152.

    **IT IS ORDERED:**

    1.    The parties' stipulation to dismiss this action with prejudice (Doc. 154) is **granted**.

    2.    Plaintiff's motions for sanctions (Docs. 149, 152) are **denied**.

3. The Clerk is directed to **terminate** this action.

Dated this 28th day of September, 2020.

*David G. Campbell*
David G. Campbell
Senior United States District Judge